UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET T. MMBAGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:06-1073 |
| | ) JUDGE ECHOLS |
| TENNESSEE STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) Defendant's Motion for Partial Dismissal (Docket Entry No. 6) is hereby GRANTED and Plaintiff's claims under 42 U.S.C. § 1981 and the Tennessee Human Rights Act, T.C.A. §§ 4-21-401 *et seq.* are hereby DISMISSED WITH PREJUDICE; and

(2) Defendant's Second Motion for Partial Dismissal (Docket Entry No. 21) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's claim that she was discriminated against on the basis of her race and that claim is hereby DISMISSED WITH PREJUDICE. In all other respects, the Second Motion for Partial Dismissal is DENIED. Therefore, all of Plaintiff's Title VII claims remain except for her claims based on race.

This case is returned to the Magistrate Judge for further proceedings under Local Rule 16.01 and to ensure that this case is ready for the jury trial scheduled for Tuesday, January 8, 2008.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE